**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE BESAG,<br><br>    Plaintiff,<br><br>  v.<br><br>CUSTOM DECORATORS and DOES 1-100 inclusive,<br><br>    Defendants.<br>_____/ | No. C 08-05463 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO TRANSFER** |

This matter is set for a hearing on February 13, 2009 on Defendant Custom Decorators, Inc.'s motion to transfer. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 22, 2008 and a reply brief shall be filed by no later than January 5, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 8, 2008

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE